THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL HEALEY, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Healey v. Bingham,* 126 App. Div. 946, affirmed.
(Argued October 1, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1908, which dismissed a writ of certiorari and affirmed

the proceedings of the defendant in reducing the relator from the rank of sergeant to that of patrolman in the police force of the city of New York.

*Julius M. Mayer* and *A. S. Gilbert* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.